On application for rehearing Gregory asserts that this court "failed to apply the correct legal standard of review following an ore tenus proceeding, and instead, sought to reweigh the evidence and substitute its judgment for that of the trial court."
We note that because we are concerned with construing statutory provisions, we review this case without attaching any presumption of correctness to the actions of the trial court.State Department of Public Health v. Wells, 562 So.2d 1315
(Ala.Civ.App. 1989); Galloway v. State ex rel. Payne,371 So.2d 48 (Ala.Civ.App. 1979). See also Donnelly v. Doak,346 So.2d 414 (Ala. 1977).
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
ROBERTSON, P.J., and THIGPEN, J., concur.